Michael B. Reynolds (SBN 174534)
mreynolds@swlaw.com
Marshall J. Hogan (SBN 286147)
mhogan@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Plaintiff Richard A. Marshack, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>NANCY BELLO,<br><br>Debtor. | CASE NO. 8:16-BK-14186-CB<br><br>Chapter 7 |
| TIMOTHY W. HOFFMAN, as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER TRUST, INC., as Trustee of the Irrevocable Nancy Bello 2012 Trust dated 12/19/12; PREMIER TRUST, INC., as Trustee of the Irrevocable Michael Ru Bello 2012 Trust dated 12/19/12; BRIAN WEISS as Trustee of the Walldesign Liquidation Trust; and WESTERN ALLIANCE BANK, an Arizona corporation; DAVID ABREU, an individual; DAVID ABREU VINEYARD MANAGEMENT, INC., a corporation; MICHAEL RU BELLO, an individual,<br><br>Defendants. | ADV. NO. 8:16-ap-01223-CB<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as

incorporated into the Federal Rules of Bankruptcy Procedure by Rule 7041, plaintiff Richard A. Marshack, Chapter 7 Trustee of the Estate of Nancy Ann Bello, as successor trustee to Timothy W. Hoffman, defendant David Abreu, an individual, and defendant David Abreu Vineyard Management, Inc., a California corporation (together with Mr. Abreu, the "Abreu Defendants"), stipulate to the dismissal of this adversary proceeding, with prejudice, with each party bearing its own costs and fees.[1]

So stipulated May 7, 2019.

SNELL & WILMER L.L.P.

By: /s/ Marshall J. Hogan
Marshall J. Hogan

Attorneys for Richard A. Marshack, Chapter 7 Trustee

BUCHALTER, A PROFESSIONAL CORPORATION

By: _____
Anthony J. Napolitano

Attorneys for David Abreu Vineyard Management, Inc., a California corporation

BUCHALTER, A PROFESSIONAL CORPORATION

By: _____
Anthony J. Napolitano

Attorneys for David Abreu, an individual

4823-7397-1091.7

---

[1] The Trustee states that dismissal of this adversary proceeding is proper upon approval of this Stipulation. Defendant Brian Weiss, as Trustee of the Walldesign Liquidation Trust, is the only defendant other than the Abreu Defendants who filed a responsive pleading in this case. Mr. Weiss was dismissed by the Court pursuant to a settlement agreement. *See* Docket #200 in the above-captioned main bankruptcy case. All other defendants have not filed responsive pleadings and have been voluntarily dismissed from this adversary proceeding pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *See* Docket # 55 (voluntary dismissal of Michael Ru Bello); Docket # 56 (voluntary dismissal of Western Alliance Bank); Docket # 57 (voluntary dismissal of Premier Trust, Inc., as Trustee of the Irrevocable Nancy Bello 2012 Trust dated 12/19/12); Docket # 58 (voluntary dismissal of Premier Trust, Inc., as Trustee of the Irrevocable Michael Ru Bello 2012 Trust dated 12/19/12).

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
600 Anton Blvd., Suite 1400, Costa Mesa, California

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO DISMISS ADVERSARY PROCEEDING.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5-07-2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher D Crowell    ccrowell@hrhlaw.com
•Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
•John H MacConaghy    macclaw@macbarlaw.com, kmuller@macbarlaw.com
•Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
•Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
•Jack A Reitman    jareitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
•John P Reitman    jreitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
•Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
• United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
•Jasmin Yang    Jasmin.Yang@lewisbrisbois.com, Cheryl.Scranton@lewisbrisbois.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4812-8050-4712.1

**F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 5-07-2019        , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Overnight Mail
Honorable Catherine E. Bauer
U.S. Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165/Courtroom 5D
Santa Ana, California 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5-07-2019 | Kelley Nestuk | /s/ Kelley Nestuk |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**
4812-8050-4712.1